# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| GIUSEPPE LoPORTO, | ) | |
| AIS #00289453, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 15-00437-WS-N |
| | ) | |
| WALTER MYERS, *Warden*, | ) | |
| *Easterling Correctional Facility*, | ) | |
|     Respondent. | ) | |

## FINAL JUDGMENT

In accordance with the Order entered on this date adopting the recommendations of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner Giuseppe LoPorto, such that this action under 28 U.S.C. § 2254 is **DISMISSED without prejudice in part** and **DISMISSED with prejudice in part**, and that LoPorto is not entitled to a Certificate of Appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 14th day of November, 2017.

                                                          **s/WILLIAM H. STEELE**
                                                          **UNITED STATES DISTRICT JUDGE**